# Salter v. The State.

APPEAL from Pike Criminal Court.
Tried before the Hon. W. H. PARKS.

S. M. DINKINS, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for removing property upon which there was a lien. The judgment of conviction is affirmed upon the authority of *Taylor v. State*, 114 Ala. 20.

Opinion by HEAD, J.